# United States District Court
## Eastern District of Kentucky
### Office of the Clerk

Leslie G. Whitmer
Clerk

January 26, 2004

P.O. Box 3074
Lexington, KY 40588-3074

Clerk, US District Court
601 W. Broadway, Rm 106
Louisville, Kentucky 40202

RE: <u>Tremel Smith v. Mr. Shrewberry, et al.</u>
Lexington Civil Action 04-CV-022

Dear Clerk of Court:

I am transferring the above-styled action to you pursuant to a Memorandum Opinion and Order filed January 23, 2004.

Enclosed please find a certified copy of the docket sheet, a certified copy of the order and all other original pleadings filed to date.

Please acknowledge receipt on the attached copy of this letter of transmittal.

Sincerely,

LESLIE G. WHITMER

BY: *Pamela Burgess* D.C.
PAMELA BURGESS
Deputy Clerk

3:04CV50-H

*B. Thomas*
Name of Authorized Agent for the
US District Court

DATE: 1-27-04

Enclosure
cc: All Counsel

CASREF, CLOSED, TRANSF

# U.S. District Court
## Eastern District of Kentucky (Lexington)
### CIVIL DOCKET FOR CASE #: 5:04-cv-00022-JMH

3:04CVP50-H

Smith v. Shrewberry
Assigned to: Joseph M. Hood
Referred to: Pro Se
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/21/04
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**
-----------------------

**Tremel Smith**                    represented by  **Tremel Smith**
                                                    170890
                                                    Breckenridge County Detention Center
                                                    500 Glen Nash Road
                                                    Hardinsburg, KY 40143
                                                    PRO SE

V.

**Defendant**
-----------------------

**Mr. Shrewberry, &** *Staff*

**Breckenridge County Detention Center**

I certify that this is a true and correct copy of the original filed in my office.
LESLIE G. WHITMER, CLERK
By: Pamela Burgers
Deputy Clerk
Date: 1-26-04

| Filing Date | # | Docket Text |
|---|---|---|
| 01/20/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Tremel Smith. (PDB) (Entered: 01/21/2004) |
| 01/20/2004 | 2 | Prisoner Trust Fund Account Statement by Tremel Smith. (PDB) (Entered: 01/21/2004) |
| 01/20/2004 | 3 | COMPLAINT referred to Pro Se, filed by Tremel Smith.(PDB) Additional attachment(s) added on 1/21/2004 (Burgess, Pamela). (Entered: 01/21/2004) |
| 01/21/2004 |  | ***MOTION SUBMITTED TO CHAMBERS FOR REVIEW: 1 MOTION for Leave to Proceed in forma pauperis by Tremel Smith (PDB) (Entered: 01/21/2004) |
| 01/23/2004 | 4 | ORDER: Case Transfer to USDC/Western District of Kentucky. Signed by Judge Joseph M. Hood. (PDB)cc: COR (Entered: 01/23/2004) |

5:04-cv-00022-JMH

3:04CVP50-H
Eastern District of Kentucky
FILED
JAN 2 3 2004
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 04-CV-22-JMH

TREMEL SMITH     PLAINTIFF

VS:     **MEMORANDUM OPINION AND ORDER**

MR. SHREWBERRY, ET AL.     DEFENDANTS

Tremel Smith, an individual presently confined in the Breckinridge County Detention Center ("the BCDC"), which the Court presumes is located in Hardinsburg, Kentucky, has filed a *pro se* civil rights complaint, pursuant to 42 U.S.C. §1983, along with a motion to proceed *in forma pauperis*.

This matter is before the Court for initial screening. 28 U.S.C. §1915A: *McGore v. Wrigglesworth*, 114 F.3d 601, 607-8 (6th Cir. 1997).

This is a *pro se* complaint and, as such, it is held to less stringent standards than those drafted by attorneys. *See Cruz v. Beto*, 405 U.S. 319 (1972); *Haines v. Kerner*, 404 U.S. 519 (1972). The allegations in a *pro se* complaint must be taken as true and construed in favor of the plaintiff. *See Malone v. Colyer*, 710 F.2d 258, 260 (6th Cir. 1983). However, 28 U.S.C. §1915(e)(2) affords a court the authority to dismiss a case at any time if the court determines that the action is (i) frivolous or malicious or (ii) fails to state a claim upon which relief can be granted.

### CLAIMS

The plaintiff asserts that the named defendants have violated either his Eighth and/or First Amendment rights by continuing to serve pork to inmates confined in the BCDC. The plaintiff states

that he is Hebrew and, based upon religious considerations, he does not believe in the consumption of pork.

## DEFENDANTS

The named defendants are: (1) "Mr. Shrewberry," whom the plaintiff identifies as the jailer of the BCDC; (2) the jailer's cooking staff; and (3) the BCDC.

## RELIEF REQUESTED

The plaintiff does not clearly state what type of relief he seeks, but the Court broadly construes that he seeks injunctive relief relating to the type of food served at the BCDC.

## DISCUSSION

Breckinridge County is located in the Western District of Kentucky, specifically, the Louisville Division. Consequently, the BCDC is located in the Western District of Kentucky. The plaintiff and all of the defendants are located in the Western District of Kentucky. Because the plaintiff should have filed this action in the United States District Court for the Western District of Kentucky, this matter will be transferred for further review. In light of the transfer, the Court will not address the application to proceed without prepayment of filing fees [Record No. 1].

No special venue statute for civil rights exists, and thus 28 U.S.C. §1391 controls. This statute states:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in . . . *a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred* . . . . 28 U.S.C. §1391(b)(2) (1994). {Emphasis added.}

The events set forth in the complaint allegedly occurred in the Western District of Kentucky. Therefore, proper venue for this complaint lies in the Eastern District of Kentucky. 28 U.S.C.

2

§§97(a) and 1391(b).

## CONCLUSION

IT IS ORDERED that the instant action (04-CV-22-JMH) be **TRANSFERRED** to the United States District Court for the Western District of Kentucky for all further proceedings. 28 U.S.C. §1406 (a).

This the 23d day of January, 2004.

*Joseph M. Hood*
JOSEPH M. HOOD, JUDGE

Date of Entry and Service:

I certify that this is a true and correct copy of the original filed in my office.
LESLIE G. WHITMER, CLERK
By: *Pamela Burgin*
(Deputy Clerk)
Date: 1-26-04

FORM 123 EDKY (Revised 8/96)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## PURSUANT TO THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
### OR
### PURSUANT TO BIVENS VS. SIX UNKNOWN FEDERAL NARCOTICS AGENTS, 403 U.S. 388

Eastern District of Kentucky
FILED
JAN 2 0 2004
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

_____ Division of Court

TREMEL SMITH
(Enter above the full name of the plaintiff in this action)

VS:  CASE NO. 5:04-22-JMH
(To be completed by Court)

(Deft. #1) MR. THREWBERRY & STAFF
(Deft. #2) BRECK. CO. DETENTION CTR
(Deft. #3) _____
(Enter above the full name of the defendant(s) in this action)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )    No (✓)

B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Plaintiffs _____

2. Defendants _____

3. Court (If federal court, name the district; if state court, name the county):
_____

4. Docket number _____ Date filed: _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
_____
_____

6. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

A. IF YOU ARE A STATE/CITY/COUNTY PRISONER YOU MUST ANSWER: STATE

1. Is there a grievance procedure in the institution where the facts happened?
Yes (✓)   No ( )

2. Did you present the facts relating to your complaint in an administrative remedy procedure?   Yes (✓)   No ( )

3. If your answer to 2 is YES, state what you did and what the result was:

X MR. DALE (STAFF) WROTE ON MY GRIEVANCE HE didn't want to HERE Anything else About this, HE's telling me HE didn't care About my Religious belief

4. If your answer to 2 is NO, explain why not: _____
_____
_____

B. IF YOU ARE A FEDERAL PRISONER YOU MUST ANSWER:

1. Did you present the facts to the prison authorities according to administrative procedures?   Yes ( )   No ( )

2.a. If your answer to 1 is YES, state the level(s) of the administrative remedy procedure to which you presented the claim(s): (check)
____ to Warden
____ appeal of Warden's response to Regional Director
____ appeal of Regional Director's response to Office of General Counsel

2.b. What was the result? _____
_____

3. If your answer to 1 is NO, explain why not. _____
_____

III. PARTIES

A. Name of PLAINTIFF (your name) TREMEL SMITH

Address Breckinridge Co. Detention Ctr.

500 Glen Nash Rd.

B. Name of DEFENDANT #1: Cooking Staff

Is employed as: Cooks

At: Breckinridge Co Detention Ctr

Additional defendants: (If more than 3 defendants, you may use the back of this sheet or attach additional sheets)

Name of DEFENDANT #2: Mr. Shrewsberry & Staff

Is employed as: Jailer

At: Breckinridge Co. Detention Ctr

Name of DEFENDANT #3: _____

Is employed as: _____

At: _____

IV. STATEMENT OF CLAIM

A. Which of your constitutional rights or federal law rights or what administrative regulation that applies to you has been violated?

This Detention Ctr. has violated & disrespected my Religious belief pushing pork on my tray & a lot more

B. State here the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

My Religion is "Hebrew" like I'm a vegetarian a person who believe that vegetables are the only proper food for humans, yes this is due to my Religious belief which is my system of faith and worship (I have attach a extra sheet)

IV. STATEMENT OF CLAIM

I've wrote Grievance, I've wrote and talk to the cooks, my attorney Mr Kenneth S. Stepp has wrote the jailer Mr Shrewsberry and requested, I get 'n balanced diet and not feed a peanut budder sandwiche as my whole meal.

I Inmate Tremel Smith and my public attorney feel, no one, the cooks, medical staff, supervisor, jailer wants to acknowledge my request due to my race and my Religious beliefs.

However a man at least needs the same nourishnrents and protein as any other human, which is used to sustain life and growth in the human body, it's called a balance died.

Now park is unacceptable and not tolerated at all, as for as my Religion, but they continued to put it on my tray and I couldn't eat a lot of my meals due to this disrepect and violation of my Constitutional Rights.

01/12/04
Tremel Smith

I'V wRote gr tome the whose like legal medical staff, supervised my public Attorney have whate she wrote Due to my Race and Religious belief know one wants to Acknowledges me

A Extra Sheet is Attached

V. RELIEF - State briefly exactly what you want the court to do for you.

I'll Like to Sue the BRECK Co Department for disRespecting my Religious beliefs and violation of my Constitutional & Civil & Federal Law Rights.

I declare under penalty of perjury that the foregoing is true and correct.

01/12/04
Date Signed

Tremel Smith
Signature of Plaintiff

4. Do you have any cash or checking or savings or inmate trust accounts? ( ) Yes ( ) No

   If "Yes," state which type(s) and give the total amount(s): _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ( ) Yes (✓) No

   If "Yes," describe the property and state its value:

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

I declare under penalty of perjury that the above information is true and correct.

X 01/12/04
Date

X *Tremel Smith*
Signature of Applicant

---

### Prisoner's Authorization for Release of Institutional Account Information and Payment of the Filing Fee

I, __TREMEL SMITH__, __170890__, authorize the
    (Name of Applicant)         (Inmate #)
Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. §1915.

I further agree that a photostatic copy of this Prisoner's Authorization for Release of Institutional Account Information and Payment of the Filing Fee shall serve in lieu of the original.

X *Tremel Smith*
(Signature of Applicant)

X 01/12/04
(Date)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY

Eastern District of Kentucky
FILED
JAN 20 2004

CERTIFICATE OF INMATE ACCOUNT

LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

Pursuant to 28 U.S.C. §1915(a)(2), effective April 26, 1996, a prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the 8 month period immediately preceding the filing of the complaint or notice of appeal. This certificate should be obtained from the appropriate official of each prison at which the prisoner is or was confined.

### (TO BE COMPLETED BY PRISONER)

NAME _Tremel Smith_   CASE NO. _____   DATE FILED _01/12/04_

INMATE # _120890_   PLACE OF INCARCERATION _Breckinridge Co._

### CERTIFICATE
### (TO BE COMPLETED BY THE APPROPRIATE PRISON/JAIL OFFICIAL)

The appropriate official is hereby instructed that he may certify the prisoner's funds by either attaching a printout or copies of his account transactions or by filling out this form. Check one:

✓ I certify that the attached shows a true record of the above named inmate's account.

OR

✓ I certify the inmate named above has the following history of his account at this institution:

| Month | Total Deposits | Avg. Balance |
|---|---|---|
| 1. Dec 03 | $ 4.87 | $ .15 |
| 2. Jan 04 | $ 20.00 | $ 1.66 |
| 3. | $ | $ |
| 4. | $ | $ |
| 5. | $ | $ |
| 6. | $ | $ |

_1-12-04_
DATE

_[signature] Vincent Hale_
SIGNATURE OF AUTHORIZED OFFICIAL

2

Form _____ (EDKY 8/96)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### AFFIDAVIT OF ASSETS FOR APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Eastern District of Kentucky
FILED
JAN 2 0 2004
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

JAN 2 0 2004

Plaintiff/Petitioner:

V.

Defendant/Respondent:

Case Number: 5:04-22-JMH

I, **TREMEL SMITH**, declare that I bring the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the fees and costs of these proceedings, that this is a statement of all of my assets, and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  (✓) Yes   ( ) No (If "No," go to Question 2)

   If "Yes," state the place of your incarceration: **Breckinridge Co. Detention Ctr.**

   State your inmate number: **170890**

   HAVE THE AUTHORIZED INSTITUTIONAL OFFICIAL FILL OUT A CERTIFICATE OF INMATE ACCOUNT, FORM 117-EDKY, WHICH SHOULD BE FORWARDED TO THE COURT ALONG WITH THIS AFFIDAVIT OF ASSETS AND THE COMPLAINT OR PETITION.

2. Are you currently employed?  ( ) Yes   (✓) No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.a. In the past twelve months, have you received any money from any of the following sources?

   (1) Business, profession or other form of self-employment?   Yes ___ No ✓
   (2) Rent payments, interest or dividends?   Yes ___ No ✓
   (3) Pensions, annuities or life insurance payments?   Yes ___ No ✓
   (4) Gifts or inheritances?   Yes ___ No ✓
   (5) Social Security, SSI, disability or other governmental benefits?   Yes ___ No ✓
   (6) Any other sources?

3.b. If the answer to any of the above is "yes," describe each source of money, the amount received from each during the past twelve months, and whether this income will continue.

1

4. Do you have any cash or checking or savings or inmate trust accounts? ( ) Yes ( ) No

   If "Yes," state which type(s) and give the total amount(s): _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ( ) Yes (✓) No

   If "Yes," describe the property and state its value:

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

I declare under penalty of perjury that the above information is true and correct.

X _01/12/04_  X _Tremel Smith_
   (Date)         (Signature of Applicant)

---

### Prisoner's Authorization for Release of Institutional Account Information and Payment of the Filing Fee

I, _TREMEL SMITH_, X _170890_, authorize the
   (Name of Applicant)    (Inmate #)

Clerk of Court to obtain, from the agency having custody of my person, information about my institutional account, including balances, deposits and withdrawals. The Clerk of Court may obtain my account information from the past six months and in the future, until the filing fee is paid. I also authorize the agency having custody of my person to withdraw funds from my account and forward payments to the Clerk of Court, in accord with 28 U.S.C. §1915.

I further agree that a photostatic copy of this Prisoner's Authorization for Release of Institutional Account Information and Payment of the Filing Fee shall serve in lieu of the original.

X _Tremel Smith_
   (Signature of Applicant)

X _01/12/04_
   (Date)