UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:04CV-P50-H

TREMEL SMITH                                                 PLAINTIFF

v.

MR. SHREWBERRY, *et al.*                             DEFENDANTS

## ORDER

On February 9, 2004, the Clerk of this Court issued a deficiency notice to Plaintiff advising him that he needed to submit his complaint on the proper form, provide summonses for all named Defendants, and pay the requisite filing fee or tender a fully completed application to proceed without prepayment of fees (along with a certified copy of his prison trust account statement for the past six months) (DN 7). The notice advised Plaintiff that failure to comply with the notice, without good cause shown, would result in dismissal of the action. When Plaintiff failed to remedy the deficiency, the Court entered an Order directing him to show cause why his civil action should not be dismissed (DN 8). That Order was returned by the United States Postal Service marked "Return to Sender–not here."

Plaintiff has not advised the Court of a change of address notwithstanding his duty to do so. *See* LR 5.4(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Because neither notices from this Court nor filings by the Defendants in this action can be served

on Plaintiff, the Court construes this action to be abandoned. Therefore,

**IT IS ORDERED** that the instant action is **DISMISSED** without prejudice.

There being no just reason for delay in its entry, this is a final Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

This 23rd day of April 2004.

JOHN G. HEYBURN II
CHIEF JUDGE, U.S. DISTRICT COURT

cc: Plaintiff *pro se*
Defendants
4412.002

ENTERED
APR 26 2004
JEFFREY A. APPERSON, CLERK
BY _____ DEPUTY CLERK